■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL GAMBLIN, Appellant. [732 NYS2d 921] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County,

Forma, J.—Assault, 2nd Degree.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.